STATE OF SOUTH DAKOTA, Respondent, v. KLINKEL, Appellant.

(263 N. W. 159.)

(File No. 7835.  Opinion filed November 18, 1935.)

*Charles Lacey,* of Sioux Falls, for Appellant.

*Walter Conway,* Attorney General, and *Herman L. Bode,* Assistant Attorney General, for the State.

PER CURIAM. The defendant was convicted of an assault and battery made upon one John Seubert, and has appealed.

Appellant does not question the sufficiency of the evidence to sustain the conviction. After a careful examination of the record we are convinced that no error prejudicial to the rights of this appellant has been called to the attention of this court.

The judgment and order appealed from are affirmed.

All the Judges concur.